**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**ROMETRIA HENRY**                                                                                     **PLAINTIFF**

**V.**                                                                                  **NO. 4:22-CV-16-DMB-JMV**

**SW GAMING, LLC**                                                                     **DEFENDANT**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 31st day of January, 2022.

                                                                **/s/Debra M. Brown**
                                                                **UNITED STATES DISTRICT JUDGE**